**Order entered November 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00988-CV

### COREY STEELE, Appellant

### V.

### MARK HUMPHREYS, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04082**

# ORDER

Before the Court is appellant's October 29, 2019 "Motion for the Suggestion of Remittitur." We **DENY** the motion.

/s/    KEN MOLBERG
        JUSTICE